UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL F. MORRISON,

       Plaintiff,

v.

       Case No. 11-13974
       Hon. Gerald E. Rosen
       Magistrate Judge R. Steven Whalen

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       February 12, 2013    

       PRESENT: Honorable Gerald E. Rosen
                           Chief Judge, United States District Court

      On January 14, 2013, Magistrate Judge R. Steven Whalen issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Daniel F. Morrison's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's January 14, 2013 Report and Recommendation (docket #17) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's March 17, 2012 motion for summary judgment (docket #11) is DENIED, and that Defendant's June 14, 2012 motion for summary judgment (docket #16) is GRANTED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: February 12, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 12, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager