UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL F. MORRISON,

       Plaintiff,

v.

       Case No. 11-13974
       Hon. Gerald E. Rosen
       Magistrate Judge R. Steven Whalen

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## JUDGMENT OF DISMISSAL

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on        February 12, 2013

    PRESENT: Honorable Gerald E. Rosen
                    Chief Judge, United States District Court

     The Court having this day entered an order adopting the Magistrate Judge's Report and Recommendation, denying Plaintiff's motion for summary judgment, and granting Defendant's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED that this case be, and hereby is, DISMISSED in its entirety with prejudice.

                    s/Gerald E. Rosen
                    Chief Judge, United States District Court

Dated: February 12, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 12, 2013, by electronic and/or ordinary mail.

                    s/Julie Owens
                    Case Manager